1   WILLIAM B. DANIELS (SBN40749)
    HEISLER, STEWART & DANIELS
2   563 Figueroa Street
    Monterey, CA 93940
3   Telephone:   (831) 372-3361
    Facsimile:    (831) 646-9581
4   danstwo@sbcglobal.net

5   NEIL L. SHAPIRO (SBN 051547)
    LAW OFFICES OF NEIL L. SHAPIRO
6   2100 Garden Road, Suite C
    Monterey, California  93940
7   Telephone:    (831) 372-3700
    Facsimile:     (831) 372-3701
8   nshapiro@nshapiro.com

9   Attorneys for Defendants
    RAMIREZ PLUMBING INC., and
10  JAVIER FIGUEROA RAMIREZ

11
                        UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                             SAN JOSE DIVISION
14
    IGNACIO MONTOYA-CABALLERO,              **Case No.  C 08-00267 JF**
    DONACIANO MONTOYA-CABALLERO,
15  ALEJANDRO HERNANDEZ-GONZALEZ,           **REQUEST TO APPEAR AT CASE**
    RAMIRO HERNANDEZ-PARRA,                 **MANAGEMENT CONFERENCE BY**
16  MARCELINO HERNANDEZ, and MAURA          **TELEPHONE**
    HERNANDEZ-PEREZ,
17                                          Date:   May 16, 2008
            Plaintiffs,                     Time:   10:30 a.m.
18                                          Dept.:   The Hon. Jeremy Fogel
    vs.
19
    RAMIREZ PLUMBING INC. and JAVIER
20  FIGUEROA RAMIREZ,

21          Defendants.

22

23

24          In accordance with the provisions of Local Rule 16-10(a) of this Court, Neil L.

25  Shapiro, counsel of record for defendants Ramirez Plumbing, Inc., and Javier Figueroa Ramirez,

26  hereby requests permission to attend the Case Management Conference set for May 16, 2008, by

27

28
                REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
                                Case No.  C 08-00267 JF

1    telephone.

2    Dated:  May 16, 2008                          WILLIAM B. DANIELS
                                                    HEISLER, STEWART & DANIELS
3                                                        and
                                                    NEIL L. SHAPIRO
4                                                   LAW OFFICES OF NEIL L. SHAPIRO

5

6                                                   By_____/s/_____
                                                        Attorneys for Defendants
7                                                       RAMIREZ PLUMBING INC., and
                                                        JAVIER FIGUEROA RAMIREZ
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                               2

_____
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
Case No.  C 08-00267 JF