WILLIAM B. DANIELS (SBN40749)
HEISLER, STEWART & DANIELS
563 Figueroa Street
Monterey, CA 93940
Telephone:  (831) 372-3361
Facsimile:   (831) 646-9581
danstwo@sbcglobal.net

NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:  (831) 372-3700
Facsimile:   (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Defendants
RAMIREZ PLUMBING INC., and
JAVIER FIGUEROA RAMIREZ

\*\*E-filed 5/14/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IGNACIO MONTOYA-CABALLERO, DONACIANO MONTOYA-CABALLERO, ALEJANDRO HERNANDEZ-GONZALEZ, RAMIRO HERNANDEZ-PARRA, MARCELINO HERNANDEZ, and MAURA HERNANDEZ-PEREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAMIREZ PLUMBING INC. and JAVIER FIGUEROA RAMIREZ,<br><br>    Defendants. | **Case No.  C 08-00267 JF**<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date:  May 16, 2008<br>Time:  10:30 a.m.<br>Dept.:  The Hon. Jeremy Fogel |

In accordance with the provisions of Local Rule 16-10(a) of this Court, Neil L. Shapiro, counsel of record for defendants Ramirez Plumbing, Inc., and Javier Figueroa Ramirez, hereby requests permission to attend the Case Management Conference set for May 16, 2008, by

telephone.

Dated: May 16, 2008

WILLIAM B. DANIELS
HEISLER, STEWART & DANIELS
   and
NEIL L. SHAPIRO
LAW OFFICES OF NEIL L. SHAPIRO


By_____/s/_____
   Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
   JAVIER FIGUEROA RAMIREZ


5/14/08   IT IS SO ORDERED.          Judge Jeremy Fogel, US District Court

2

_____
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
Case No.  C 08-00267 JF