# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                  Time in Court: 2 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:** Ignacio Montoya-Caballero et al v. Ramirez Plumbing Inc et al.
**CASE NUMBER**: C08-00267JF
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: Neil Shapiro via telephone

---

**PROCEEDINGS: Further Case Management Conference**


Further Case Management Conference scheduled for August 15, 2008 at 10:30 a.m.