1  WILLIAM B. DANIELS (SBN40749)
   HEISLER, STEWART & DANIELS
2  563 Figueroa Street
   Monterey, CA 93940
3  Telephone:   (831) 372-3361
   Facsimile:    (831) 646-9581
4  danstwo@sbcglobal.net

5  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
6  2100 Garden Road, Suite C
   Monterey, California  93940
7  Telephone:    (831) 372-3700
   Facsimile:     (831) 372-3701
8  nshapiro@nshapiro.com

9  Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
10 JAVIER FIGUEROA RAMIREZ

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 IGNACIO MONTOYA-CABALLERO,            **Case No.  C 08-00267 JF**
   DONACIANO MONTOYA-CABALLERO,
15 ALEJANDRO HERNANDEZ-GONZALEZ,         **STIPULATION AND [PROPOSED]**
   RAMIRO HERNANDEZ-PARRA,               **ORDER CONTINUING CASE**
16 MARCELINO HERNANDEZ, and MAURA        **MANAGEMENT CONFERENCE**
   HERNANDEZ-PEREZ,
17
            Plaintiffs,
18                                        Date:  August 15, 2008
   vs.                                    Time:  10:30 a.m.
19                                        Dept:  The Hon. Jeremy Fogel
   RAMIREZ PLUMBING INC. and JAVIER
20 FIGUEROA RAMIREZ,

21          Defendants.

22

23         WHEREAS, a Case Management Conference was held in the above-captioned matter

24 on May 16, 2008, at which the matter was referred to mediation, with a follow-up Case Management

25 Conference set for August 15, 2008;

26         WHEREAS, the parties encountered scheduling difficulties with the mediation, and it

27

28
   ────────────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                        Case No.  C 08-00267 JF
   ────────────────────────────────────────────────────────────────

1    is now set for August 27, 2008; and

2          WHEREAS, the parties wish to have the Case Management Conference now set for

3    August 15, 2008, re-scheduled to follow the mediation;

4          IT IS HEREBY STIPULATED, by and between the parties through their respective

5    counsel of record, that the Case Management Conference now set for 10:30 a.m. on August 15, 2008,

6    may be continued to 10:30 a.m. on September 19, 2008.

7    Dated:  August 6, 2008                          WILLIAM B. DANIELS
                                                      HEISLER, STEWART & DANIELS
8                                                          and
                                                      NEIL L. SHAPIRO
9                                                     LAW OFFICES OF NEIL L. SHAPIRO

10

11                                          By_____/s/_____
                                                      Attorneys for Defendants
12                                                    RAMIREZ PLUMBING INC., and
                                                      JAVIER FIGUEROA RAMIREZ
13

14   Dated:  August 6, 2008                          JAMES DAL BON
                                                      LAW OFFICES OF JAMES DAL BON
15                                                         and
                                                      TOMAS E. MARGAIN
16                                                    LAW OFFICES OF TOMAS E MARGAIN

17

18                                          By_____/s/_____
                                                      Attorneys for Plaintiffs
19                                                    IGNACIO MONTOYA-CABALLERO, *et al.*

20

21   **IT IS SO ORDERED**

22   Dated:  August __, 2008                 _____
                                                      United States District Judge
23

24

25

26

27

28                                                   2