**E-filed 8/13/08**

1  WILLIAM B. DANIELS (SBN40749)
   HEISLER, STEWART & DANIELS
2  563 Figueroa Street
   Monterey, CA 93940
3  Telephone: (831) 372-3361
   Facsimile: (831) 646-9581
4  danstwo@sbcglobal.net

5  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
6  2100 Garden Road, Suite C
   Monterey, California 93940
7  Telephone: (831) 372-3700
   Facsimile: (831) 372-3701
8  nshapiro@nshapiro.com

9  Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
10 JAVIER FIGUEROA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IGNACIO MONTOYA-CABALLERO, DONACIANO MONTOYA-CABALLERO, ALEJANDRO HERNANDEZ-GONZALEZ, RAMIRO HERNANDEZ-PARRA, MARCELINO HERNANDEZ, and MAURA HERNANDEZ-PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMIREZ PLUMBING INC. and JAVIER FIGUEROA RAMIREZ,<br><br>Defendants. | **Case No. C 08-00267 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: August 15, 2008<br>Time: 10:30 a.m.<br>Dept: The Hon. Jeremy Fogel |

WHEREAS, a Case Management Conference was held in the above-captioned matter on May 16, 2008, at which the matter was referred to mediation, with a follow-up Case Management Conference set for August 15, 2008;

WHEREAS, the parties encountered scheduling difficulties with the mediation, and it

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 08-00267 JF

1  is now set for August 27, 2008; and

2      WHEREAS, the parties wish to have the Case Management Conference now set for
3  August 15, 2008, re-scheduled to follow the mediation;

4      IT IS HEREBY STIPULATED, by and between the parties through their respective
5  counsel of record, that the Case Management Conference now set for 10:30 a.m. on August 15, 2008,
6  may be continued to 10:30 a.m. on September 19, 2008.

7  Dated: August 6, 2008      WILLIAM B. DANIELS
    HEISLER, STEWART & DANIELS
8      and
    NEIL L. SHAPIRO
9      LAW OFFICES OF NEIL L. SHAPIRO

11      By_____/s/_____
    Attorneys for Defendants
12      RAMIREZ PLUMBING INC., and
    JAVIER FIGUEROA RAMIREZ

14  Dated: August 6, 2008      JAMES DAL BON
    LAW OFFICES OF JAMES DAL BON
15      and
    TOMAS E. MARGAIN
16      LAW OFFICES OF TOMAS E MARGAIN

18      By_____/s/_____
    Attorneys for Plaintiffs
19      IGNACIO MONTOYA-CABALLERO, *et al*.

20  **IT IS SO ORDERED**

22  Dated: August 13, 2008      _____
23      United States District Judge
    Jeremy Fogel