1  WILLIAM B. DANIELS (SBN40749)
   HEISLER, STEWART & DANIELS
2  563 Figueroa Street
   Monterey, CA 93940
3  Telephone:  (831) 372-3361
   Facsimile:   (831) 646-9581
4  danstwo@sbcglobal.net

5  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
6  2100 Garden Road, Suite C
   Monterey, California  93940
7  Telephone:  (831) 372-3700
   Facsimile:   (831) 372-3701
8  nshapiro@nshapiro.com

9  Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
10 JAVIER FIGUEROA RAMIREZ

**E-Filed 9/9/08**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IGNACIO MONTOYA-CABALLERO, DONACIANO MONTOYA-CABALLERO, ALEJANDRO HERNANDEZ-GONZALEZ, RAMIRO HERNANDEZ-PARRA, MARCELINO HERNANDEZ, and MAURA HERNANDEZ-PEREZ,<br><br>            Plaintiffs,<br><br>vs.<br><br>RAMIREZ PLUMBING INC. and JAVIER FIGUEROA RAMIREZ,<br><br>            Defendants. | **Case No.  C 08-00267 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 19, 2008<br>Time:  10:30 a.m.<br>Dept:  The Hon. Jeremy Fogel |

WHEREAS, a Case Management Conference was held in the above-captioned matter on May 16, 2008, at which the matter was referred to mediation, with a follow-up Case Management Conference set for August 15, 2008;

WHEREAS, the parties encountered scheduling difficulties with the mediation, and the

mediation was set for August 27, 2008, and the follow-up Case Management Conference was continued to September 19, 2008;

WHEREAS, the parties participated in a mediation on August 27, 2008, and have scheduled a second mediation session for September 18, 2008; and

WHEREAS, the parties wish to have the Case Management Conference now set for September 19, 2008, re-scheduled to follow the mediation by more than one day;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the Case Management Conference now set for 10:30 a.m. on September 19, 2008, may be continued to 10:30 a.m. on October 17, 2008.

Dated: September 2, 2008

WILLIAM B. DANIELS
HEISLER, STEWART & DANIELS
   and
NEIL L. SHAPIRO
LAW OFFICES OF NEIL L. SHAPIRO


By_____/s/_____
   Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
   JAVIER FIGUEROA RAMIREZ

Dated: September 2, 2008

JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
   and
TOMAS E. MARGAIN
LAW OFFICES OF TOMAS E MARGAIN


By_____/s/_____
   Attorneys for Plaintiffs
   IGNACIO MONTOYA-CABALLERO, *et al*.

**IT IS SO ORDERED**

Dated: September 9__, 2008

_____
United States District Judge

2