| | |
|---|---|
| 1 | WILLIAM B. DANIELS (SBN40749) |
|   | HEISLER, STEWART & DANIELS |
| 2 | 563 Figueroa Street |
|   | Monterey, CA 93940 |
| 3 | Telephone:  (831) 372-3361 |
|   | Facsimile:   (831) 646-9581 |
| 4 | danstwo@sbcglobal.net |

NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:  (831) 372-3700
Facsimile:   (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Defendants
RAMIREZ PLUMBING INC., and
JAVIER FIGUEROA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IGNACIO MONTOYA-CABALLERO, DONACIANO MONTOYA-CABALLERO, ALEJANDRO HERNANDEZ-GONZALEZ, RAMIRO HERNANDEZ-PARRA, MARCELINO HERNANDEZ, and MAURA HERNANDEZ-PEREZ,<br><br>           Plaintiffs,<br><br>vs.<br><br>RAMIREZ PLUMBING INC. and JAVIER FIGUEROA RAMIREZ,<br><br>           Defendants. | **Case No.  C 08-00267 JF**<br><br>**STIPULATION FOR DISMISAL WITH PREJUDICE, AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, as follows:

1. On September 18, 2008 the parties in the above action settled any and all disputes arising out of the Complaint in this matter;

2. The Settlement called for a payment plan which based on one contingency could extend until December 31, 2008.

3. The parties stipulate that this matter may be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs with the Court to retain jurisdiction to enforce the agreement until February 1, 2009. After February 1, 2009, the Court's continuing jurisdiction shall terminate and the case will be considered dismissed with prejudice for all purposes.

Dated: September 29, 2008

WILLIAM B. DANIELS
HEISLER, STEWART & DANIELS
   and
NEIL L. SHAPIRO
LAW OFFICES OF NEIL L. SHAPIRO


By\_\_\_\_/s/_____
   Attorneys for Defendants
   RAMIREZ PLUMBING INC., and
   JAVIER FIGUEROA RAMIREZ

Dated: September 29, 2008

JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
   and
TOMAS E. MARGAIN
LAW OFFICES OF TOMAS E MARGAIN


By\_\_\_\_/s/_____
   Tomas E. Margain
   Attorneys for Plaintiffs
   IGNACIO MONTOYA-CABALLERO, *et al*.

**IT IS SO ORDERED**

Dated: ~~September \_\_, 2008~~ 10/2/08    _____
   United States District Judge